I am pleased to present myself as one of the students in the Health Public Schools, and I will not trace any significance of the work I do. The policy agency subcommittee is just involved in the case, so I will not introduce the chief to answer any questions. The schools, including the school that you care for, which I mentioned at the beginning, are no longer able to take part in the work of the system, so you will still need to show up to the school, and I will not be able to answer any questions. Many of the questions you may draw on since I am here this morning are tied to the case, and so I will not talk any more about these schools, but in addition, I will talk to the administration, which we need to get involved in, to protect the intelligence of the public school campus. Hi, my name is David. I am the chief of the Health Public Schools, and I am here to talk to you about the health policy. Is there any more questions? Yes, there is, sir. First of all, she represents the health and medical markets. She presented a list of reports from physicians, which is so good. She represents the vaccination program, which she and other schools are doing, for example, in New York, which is a very good program, and in New York, in most of the states, some of the states, and in some of the states, and in some of the states, and in some of the states, and in some of the states, The health policy. the health policy. We collect a gl assume know there what do you purpose all to or im Christmas it will be cool so it all are over cool the cool all no cool all a all all all cool all 'll all all all  cool all oh I'll all cool all all all all all all whole all
judges: Pregerson, Bea, Owens